*Docket no.*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York (or designated process server) - GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 9th day of April 2020, by

**CENTURION BULK PTE LTD.**

Plaintiff,

against

**XCOAL ENERGY AND RESOURCES and
XCOAL ENERGY AND RESOURCES, LLC**
Defendants,

in a certain action for maritime attachment wherein it is alleged that there is due and owing from the Defendants to the said Plaintiff the amount **of  US $371,625.28** and praying for process of maritime attachment and garnishment against the said Defendants,

WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee(s) shall serve their answer(s), together with answers to any interrogatories served with the Complaint, within 21 days after service of process upon him and requires that Defendants shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendants cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach other property, credit and effects to the amount sued for in the hands of:

**CITIBANK, N.A.**

to wit:: property, letters of credit, deposits, monies, funds, credits, bills of lading, debts,  payments, settlement agreements, or other assets, tangible or intangible, in whatever form of:

**XCOAL ENERGY AND RESOURCES and
XCOAL ENERGY AND RESOURCES, LLC**

and that you promptly after execution of this process, file the same in this court with your return thereon.

WITNESS, the Honorable Judge _____ of said Court, this 9th day of April 2020 and of our Independence the two-hundred and forty fourth.

Tisdale Law Offices LLC          RUBY J. KRAJICK
Attorneys for Plaintiffs                    Clerk
200 Park Avenue, Ste. 1700
New York, NY 10166               By:_____
(212) 354-0025                              Deputy Clerk

NOTE:  This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and/or New York Civil Practice Law and Rules, Article 62.