UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURION BULK PTE LTD., <br><br> Plaintiff, <br><br> -against- <br><br> XCOAL ENERGY AND RESOURCES and XCOAL ENERGY AND RESOURCES, LLC, <br><br> Defendants. | 20-cv-2927 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

The above-captioned case was filed on April 9, 2020, and assigned to the undersigned. In addition to the complaint, the plaintiff submits papers in support of a proposed ex parte attachment. The proposed attachment is far too broad, and arguably might violate Shipping Corp. of India v. Jaldhi Overseas Pte Ltd., 585 F.3d 58 (2d Cir. 2009). Accordingly, in its current form the ex parte attachment motion is denied.

SO ORDERED.

Dated:   New York, NY

        April 13, 2020

_____
United States District Judge

1